## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 472 EAL 2017 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the **Unpublished Judgment Order** of |
| v. | : | the Superior Court at No. 2458 EDA |
| | : | 2015 entered on September 15, 2017, |
| | : | **reversing** the Order of the |
| DANNY V. NGUYEN, | : | Philadelphia County Court of |
| | : | Common Pleas at No. MC-51-CR- |
| Petitioner | : | 0048127-2012 entered on August 6, 2015 |

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of August, 2019, the Petition for Allowance of Appeal is **GRANTED.** The Order of the Superior Court is **VACATED,** and the matter is **REMANDED** for reconsideration in light of *Commonwealth v. Perfetto*, __ A.3d __, 2019 WL 1866653 (Pa. April 26, 2019).